### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                         NO.    4:06CR00101 JLH

ARNOLD CHRIS PARKER                                                DEFENDANT

### ORDER

Defendant Arnold Chris Parker appeared in person with his Court appointed attorney, Bruce Eddy, for a bond revocation hearing on this date. The government was represented by Assistant U.S. Attorney John Bush. U.S. Probation Officer Karen Calhoun was also present.

Following the Court's recitation of the alleged violations, counsel for Mr. Parker indicated that defendant did not deny any of the allegations. The Court determined that defendant's bond should be revoked, and he should be detained.

IT IS THEREFORE ORDERED that defendant is remanded to the custody of the U.S. Marshals Service. The Court has been informed that there is an outstanding no-bond warrant out of Northeast Arkansas. If counsel for defendant determines that a subsequent detention hearing is necessary once that issue has been resolved, he should file the proper motion.

The motion to revoke bond is granted. Docket #16.

IT IS SO ORDERED this 17th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE